UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAROLD EDWARD RUTILA, IV, | § | |
| | § | |
| PLAINTIFF, | § | |
| V. | § | CASE NO. 3:16-CV-2911-B-BK |
| | § | CONSOLIDATED CASE NO. 3:16-CV-3433-B-BK |
| | § | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION AND FEDERAL AVIATION ADMINISTRATION, | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' *Motion to Dismiss Plaintiff's Third Amended Complaint*, Doc. 39, and *Motion to Dismiss Plaintiff's First Amended Complaint for Injunctive Relief*, Doc. 51, are **GRANTED**.

**SO ORDERED** this 13th day of May, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE