UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HAROLD EDWARD RUTILA, IV, § | |
| PLAINTIFF, § | |
| v. § | CASE NO. 3:16-CV-2911-B-BK |
| § | CONSOLIDATED CASE NO. 3:16-CV-3433-B-BK |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| TRANSPORTATION AND FEDERAL § | |
| AVIATION ADMINISTRATION, § | |
| DEFENDANTS. § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED**, and **DECREED** that Defendants' motion, Doc. 80, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SO ORDERED.

SIGNED this 22nd day of May, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE